UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASSIDY ADDISON,<br><br>                    *Plaintiff,*<br><br>-against-<br><br>VERIZON COMMUNICATIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>                    *Defendants.* | Case No.: 1:25-cv-00025-RA<br><br>**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, ERRONEOUSLY SUED AS "VERIZON COMMUNICATIONS, INC."**<br><br>[FED. R. CIV. P. 7.1] |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Cellco Partnership d/b/a Verizon Wireless (*erroneously sued as* "Verizon Communications Inc.") ("Defendant") states that it is a general partnership formed under the laws of the State of Delaware and has its principal place of business in New York.  Defendant has three partners:

a.    Bell Atlantic Mobile Systems, LLC, a Delaware limited liability company with a principal place of business in New Jersey and whose sole member is MCI Communications Services LLC. MCI Communications Services LLC is a Delaware limited liability company with its principal place of business in New Jersey whose sole member is MCI International LLC. MCI International LLC is a Delaware limited liability company with its principal place of business in New Jersey whose sole member is Verizon Business Network Services LLC. Verizon Business Network Services LLC is a Delaware limited liability company with its principal place of business in New Jersey whose sole member is Verizon Business Global LLC. Verizon Business Global LLC is a Delaware limited liability

company with its principal place of business in New Jersey whose sole member is Verizon Communications Inc.;

b.    GTE Wireless LLC, a Delaware limited liability company with a principal place of business in New Jersey whose sole member is Verizon Communications Inc.; and

c.    Verizon Americas LLC, a Delaware limited liability company with a principal place of business in New Jersey whose sole member is Verizon Communications Inc.

Verizon Communications Inc. is a publicly traded company incorporated in Delaware with a principal place of business in New York and does not have a parent corporation. No publicly held corporation owns 10% or more of Verizon Communications Inc.'s stock.

Dated: New York, New York
        January 31, 2025

Respectfully submitted,

*s/ Howard A. Fried*

Howard A. Fried, Esq. (Bar No.: HAF2114)
MCGIVNEY KLUGER CLARK &
INTOCCIA, P.C.
*Attorneys for Defendant*
**CELLCO PARTNERSHIP DBA VERIZON WIRELESS.,** *erroneously sued as* "Verizon Communications, Inc."
33 Whitehall Street, 16th Floor
New York, New York  10004
(212) 509-3456