UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASSIDY ADDISON,<br><br>                Plaintiff,<br><br>      v.<br><br>VERIZON COMMUNICATIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>                Defendants. | No. 25-CV-25 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On January 31, 2025, the parties filed a proposed Stipulation and Protective Order incorporating Magistrate Judge Stein's Individual Practices in Civil Cases, suggesting that they anticipated that he would oversee discovery in this matter. Consistent with that preference, this action has been referred to Judge Stein for general pretrial purposes. The conference scheduled for February 7, 2025 before this Court is hereby adjourned *sine die* and the parties are directed to reach out to Judge Stein's chambers to reschedule it.

SO ORDERED.

Dated:    February 4, 2025
              New York, New York

                                                                Ronnie Abrams
                                                                United States District Judge