UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHASSIDY ADDISON,

               Plaintiff,

               v.

VERIZON COMMUNICATIONS, INC.; EQUIFAX
INFORMATION SERVICES, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; and TRANS
UNION, LLC,

               Defendants.

No. 25-cv-25 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 11, 2026, the last remaining Defendant in this action was voluntarily dismissed.

Unless the parties request otherwise by April 23, 2026, the Clerk of Court shall close this case.

SO ORDERED.

Dated:     April 17, 2026
           New York, New York

_____
Ronnie Abrams
United States District Judge